UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 16, 2013

No. <u>10-2201, 10-2202, 10-2324, 11-4480 & 12-1047</u>

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION LOCAL UNION NO. 27, AFL-CIO

v.

E.P. DONNELLY, INC.; SAMBE CONTRUCTION CO. INC.

(D. N.J. No. 1-07-cv-03023 & NLRB No. 1:4-CD-1188)


It is hereby ORDERED that the Motion to Amend the Opinion is Granted. The

Opinion Entered on December 13, 2013 is hereby amended to remove Melissa C.

Angeline, Esq. from the list of Counsel Representing Sambe Construction Co., Inc.


For the Court,


<u>/s/ Marcia M. Waldron</u>
Clerk


Dated: December 16, 2013
CJG/cc:    Mark E. Belland, Esq.
           Steven J. Bushinsky, Esq.
           Louis Rosner, Esq.
           Melissa C. Angeline, Esq.
           Marc Furman, Esq.
           Jonathan Landesman, Esq.